# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Anthony Sharpe,

            Plaintiff,      Case No. 20-cv-13172

v.                                  Judith E. Levy
                                    United States District Judge

City of Southfield, *et al.*,

                                    Mag. Judge David R. Grand

           Defendants.

_____/

## ORDER ADJUDGING LAMONT SHARPE SR. AND LAMONT SHARPE JR. IN CONTEMPT OF COURT AND ESTABLISHING THE PROCEDURE FOR THE ISSUANCE OF A BENCH WARRANT

On April 20, 2023, at 3:30 p.m., the Court held a show cause hearing for non-parties Lamont Sharpe Sr. and Lamont Sharpe Jr. to show cause in person why they should not be held in contempt of Court for failing to appear for their depositions after being subpoenaed on multiple dates to do so. (*See* ECF No. 54.) Following notice by the Court, Lamont Sharpe Sr. and Lamont Sharpe Jr. did not appear at the show cause hearing. For the reasons set forth on the record:

1. **Lamont Sharpe Sr. and Lamont Sharpe Jr. are adjudged in contempt of this Court** for their failure to obey the subpoenas to testify at a deposition as well as their failure to comply with the Court's April 4, 2023 order requiring them to show cause. (ECF No. 54.)

2. **Lamont Sharpe Sr. and Lamont Sharpe Jr. may purge themselves of contempt by doing all of the following:**

    a. Contacting Defendants' counsel T. Joseph Seward by telephone at (248) 733-3580 within one week from the date of Defendants' service of this order (as set forth in paragraph 4 below) to promptly arrange their depositions.

    b. Appearing at their depositions at the scheduled date and time and producing all of the materials specified in each subpoena.

3. **In the event Lamont Sharpe Sr. and Lamont Sharpe Jr. fail to purge themselves of contempt by complying with each of the provisions of paragraph 2 above**, Defendants must file an affidavit or declaration of non-compliance one week after serving this order. **The Court will then, without further application to or hearing before, issue a bench warrant for the**

2

immediate arrest of Lamont Sharpe Sr. and Lamont Sharpe Jr. and require their immediate appearance before this Court.

4. Defendants must serve a copy of this order upon Lamont Sharpe Sr. and Lamont Sharpe Jr. by (1) personally delivering a copy of the order at their address (8587 Meyers Road, Detroit, MI 48228) or posting a copy of the order at that address; and (2) sending them a copy of the order by U.S. Mail.

IT IS SO ORDERED.

Dated: April 24, 2023  s/Judith E. Levy
   Ann Arbor, Michigan  JUDITH E. LEVY
                                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 24, 2023.

                                       s/William Barkholz
                                       WILLIAM BARKHOLZ
                                       Case Manager

Case 5:20-cv-12717-JEL-DRG ECF No. 57, PageID.867 Filed 05/12/23 Page 3 of 3